UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MELANIE BISHOP, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TRUIST BANK N.A.; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br>EXPERIAN INFORMATION SERVICES, )<br>INC.; AND TRANS UNION, LLC; )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 3:24-cv-00189-RCY |

# DEFENDANT TRUIST BANK'S
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel for Defendant Truist Bank ("Truist"), certify that Truist is a wholly owned subsidiary of Truist Financial Corporation, a publicly held corporation trading under the symbol "TFC" on the New York Stock Exchange. No other publicly traded corporation owns 10 percent or more of the stock of Truist.

Dated: March 18, 2024

Respectfully submitted,

/s/ *Katherine E. Lehnen*
Bryan A. Fratkin (VSB No. 38933)
Katherine E. Lehnen (VSB No. 92357)
McGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com
klehnen@mcguirewoods.com

*Counsel for Defendant Truist Bank*

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Katherine E. Lehnen*
Katherine E. Lehnen

*Counsel for Defendant Truist Bank*